COMPLAINT UNDER 42 USC SS 1983, CIVIL RIGHTS ACT-TDCJ-ID (REV. 7/97)

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE _____ DISTRICT OF TEXAS
# _____ DIVISION

United States District Court
Southern District of Texas
FILED

JUL 31 2000

MICHAEL N. MILBY CLERK

B-00-132

CASE NO. C-00-307

(Clerk will assign the number)

Tarver, Harold Louis 899726
Plaintiff's name and ID Number

Willacy County State Jail
Place of Confinement

V.

Director Texas Department of Criminal Justice
Wayne Scott, P.O. Box 99 Huntsville, Tx 77043
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instruction and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.
2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **NO NOT USE THE REVERSE SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.
3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.
4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

## ILING FEE AND IN FORMA PAUPERIS

. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.

. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed in *forma pauperis*. In this event you must complete the application to proceed in *forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fee and costs or give security therefore. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

. 28 U.S.C 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides,"....if a prisoner brings a civil action or files an appeal in *forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed in *forma pauperis,* the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

. If you intend to seek in *forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

. **PREVIOUS LAWSUITS:**

   A. Have you filed any other lawsuits in state or federal court relating to your imprisonment? __YES __✓__ NO.

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. ( If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

. **Approximate date of filing lawsuit:**_____

. **Parties to previous lawsuit:**

   **Plaintiff(s)**_____

Defendant(s)_____

. **Court:** ( If federal, name the district; if state, name the county.)_____

. **Docket Number:**_____

. **Name of judge to whom case was assigned:**_____

. **Disposition:** ( Was the case dismissed, appealed, still pending? )_____

. **Approximate date of disposition:**_____

2

I. PLACE OF PRESENT CONFINEMENT: Willacy County State Jail

II. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution   ✓ YES ___ NO

Attach proof of the Step 2 grievance with the response supplied by the prison system.

V. PARTIES TO THIS SUIT:

A. Name and address of plaintiff(s): Tarver, Harold Louis
1695 S. Buffalo Drive
Raymondville Texas 78580

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Wayne Scott, Director of TDCJ P.O. Box 99 Huntsville, TX 77043
Wayne Scott failed to see that I was given proper medical attention.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: Correction Officer Cook, Willacy County State Jail, 1695 S. Buffalo Dr. Raymondville Tx 78580
Correction Officer Cook displayed lack of training by his handling of my accident
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: C/O Castillo, Willacy County State Jail, 1695 S. Buffalo Dr. Raymondville Tx 78580
C/O Castillo failed to make sure I received medical attention since he was the one whom acutually documented my statement on the accident report.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: Sgt. Sanchez, Willacy County State Jail, 1695 S. Buffalo Dr. Raymondville, TX 78580
Sgt. Sanchez addressed the report by having me write a statement. He also took me to medical where I was not examined by nurse nor physician.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: Warden Forrest, Willacy County State Jail, 1695 S. Buffalo Dr. Raymondville, TX 78580
Warden Forrest interviewed me after receiving a copy of a notarized letter.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Mr. Forrest also told me that he would have me see medical the following Monday. I was never called for the appointment.

3

## STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, happened, where did it happen, when did it happen, and who was involve. Describe how <u>each</u> defendant is involve <u>You need not give any legal arguments or cite any case or status</u>. If you intend to allege a number of related claims, number and set forth ach claim in a separate paragrph. Attach extra pages if necessary, but rememeber that the complaint must be ated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR OMPLAINT.

At the Willacy County State Jail on 5-20-00 in Treatment 1 B. I was attempting to step down from my top bunk #39. I severly hurt my ankle ue to water that was leaking from under the sink. Upon that time I brought his accident to the attention of C/O Cook who was the officer on duty in Treatment1. was called outside by C/O Castillo who was assisting C/O Cook with filling out the report. 6-3-00 Sgt. Sanchez addressed the report by having me write a statement on what happened, asking me if I saw medical at that time. My response was "No" and he immediatley lked me down to medical, where I was not examined by nurse nor physician. On 6-24-00

Warden Forrest interviewed me after receiving a copy of a notarized letter om myself pertaining to what happened. Warden Forrest asked me if I was till experiencing pain and or swelling, my response was "Yes". Warden orrest told me that he would have me examined by medical that ollowing Monday. I was never called for this appointment.

DI numbers ever assigned to you, if known to you.

TDCJ- ID # 899726

### III. SANCTIONS:

.. Have you been sanictioned by any court as a result of any lawsuit you have filed? _____ YES ✓ NO

. If your answer is "yes" give the following information for every lawsuit in which sanctions were imposed. f more than one, use another piece of paper and answer the same questions.)

　(1) Court that imposed sanctions (if federal, give the district and division): _____

　(2) Case Number(s): _____

　(3) Approximate date sanctions were imposed: _____

　(4) Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

. Has any court ever warned or notified you that sancitions could be imposed? _____ YES ✓ NO

4

). If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another pi    of paper and answer the same ques    .s.)

   1. Court that imposed warning ( if federal, give the district and division):_____
   2. Case Number(s):_____
   3. Approximate date warning were imposed:_____

Executed on:_____                                          _____
                                                                         _____

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attchments thereto are true and correct.
2. I understand if I am relesed or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an in *forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicous, or failed to state a claim upon which relief may be granted, unless I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ____15____ day of ____July____, 20 __00__
           (Day)                  (Month)              (Year)

                                              Harold Tarver
                                              _____
                                              (Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised of any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

1983ACT.DOC

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

NOTICE OF EXCLUSION

United States District Court
Southern District of Texas
FILED

JUL 31 2000

MICHAEL N. MILBY, CLERK

B-00-132

CIVIL ACTION No C-00-307

The following types of cases are not scheduled for initial pretrial conference under Fed.R.Civ.P. 16: (a) prisoner civil rights; (b) state and federal habeas corpus; (c) student and veteran loan; (d) social security appeals; (e) bankruptcy appeals; and (f) forfeiture of seized assets. Local Rule 8. Further, these types of cases are excluded from the accelerated discovery procedures under Fed.R.Civ.P. 26.

This case falls within the excluded category.

*Order of the Court*