Case 2:00-cv-00132   Document 4   Filed in TXSD on 08/07/2000   Page 1 of 1

Notice to the Court for Change
of Address

Change of Address          C-00-307

B-00-1321

Harold Louis Tarver
8319 Sterlingshire
Houston TX 77078

United States District Court
Southern District of Texas
FILED

AUG - 7 2000

MICHAEL N. MILBY, CLERK

Michael N. Milby
U.S. District Court
521 Starr St. Rm101
Corpus Christi Tx 784.

X.