IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HAROLD LOUIS TARVER | § | |
| | § | |
| V. | § | C.A. NO. C-00-307 |
| | § | |
| WAYNE SCOTT, ET AL. | § | |

## ORDER OF TRANSFER

Plaintiff is a former inmate of the Willacy County Jail in Raymondville, Texas. Proceeding *pro se*, plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Corpus Christi Division of the Southern District of Texas (D.E. 1). Four of the individual defendants in this action are connected with the Willacy County Jail, while the fifth is connected with Texas Department of Criminal Justice - Institutional Division in Huntsville. A substantial part of the events giving rise to this action took place at the Willacy County Jail. Willacy County lies within the Brownsville Division of the Southern District of Texas. 28 U.S.C. § 124(b)(4).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is ordered that this case be transferred to the United States District Court for the Southern District of Texas, Brownsville Division. 28 U.S.C. §§ 1391(b), 1406(a).

ORDERED this 16 day of August, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____ Deputy Clerk

ClibPDF - www.fastio.com

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
521 Starr Street
Corpus Christi, TX  78401

**MICHAEL N. MILBY**
**CLERK OF COURT**

August 18, 2000

Clerk, U.S. District Court
<u>Southern District of Texas</u>
<u>Brownsville Division</u>

RE:   Civil Action <u>C-00-307</u>
      <u>Harold Louis Tarver</u>
      <u>v. Wayne Scott, et al.</u>

Dear Sir:

Enclosed is a certified copy of an order entered on August 17, 2000 transferring the above captioned case to your division.

We are transmitting the entire original case file along with a certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below and returning a copy to us in the enclosed envelope.

Sincerely,

Michael N. Milby, Clerk

By: _____
    Deputy

cc:   Counsel of Record

RECEIVED AND FILED UNDER CIVIL ACTION NO._____

on _____.

CLERK, U.S. DISTRICT COURT

By:_____
   Deputy

```
                                                          CLOSED PRIS
                    U.S. District Court
           TXS - Southern District of Texas (Corpus Chris)

              CIVIL DOCKET FOR CASE #: 00-CV-307

Tarver v. Scott, et al                              Filed: 07/31/00
Assigned to: Judge Hayden W. Head Jr
Demand: $0,000                              Nature of Suit: 550
Lead Docket: None                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


HAROLD LOUIS TARVER              Harold Louis Tarver
     plaintiff                   [COR LD NTC]
                                 8319 Sterlingshire
                                 Houston, TX 77078


   v.


WAYNE SCOTT
     defendant


COOK, Correction Officer
     defendant


CASTILLO, C/O
     defendant


SANCHEZ, Sgt.
     defendant


FORREST, Warden
     defendant


-------------------------


TDCJ - OFFICE OF GENERAL         TDCJ - Office of General
COUNSEL                          Counsel
     amicus                      [COR LD NTC] [PRO SE]
                                  TDCJ-Office of General Counsel
                                 TDCJ LITIGATION SUPPORT
                                 P O Box 13084
                                 Austin, TX 78711

Docket as of August 18, 2000 9:46 am                      Page 1
```

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
     Deputy Clerk

Proceedings include all events.
2:00cv307 Tarver v. Scott, et al                                          CLOSED PRIS

```
Proceedings include all events.
2:00cv307 Tarver v. Scott, et al                           CLOSED PRIS

7/31/00    1      Prisoner Civil Rights Complaint filed; (dp)
                  [Entry date 08/04/00]

7/31/00    2      NOTICE of EXCLUSION , filed (dp) [Entry date 08/04/00]

8/4/00     3      NOTICE of Deficient Pleading ($150.00 filing fee or IFP
                  application and 6 month statement due) as to Harold Louis
                  Tarver , filed. Compliance due by 8/24/00 (dp)

8/4/00     --     File to law clerk k.b. (dp)

8/7/00     4      Notice of change of address by Harold Louis Tarver , filed.
                  New address is 8319 Sterlingshire, Houston, TX  77078. (dp)
                  [Entry date 08/08/00]

8/16/00    5      Order of Transfer to Southern District of Texas,
                  Brownsville Division, entered. Parties ntfd.( Signed by
                  Judge Hayden W. Head Jr ) (dp) [Entry date 08/17/00]

8/16/00    --     Case closed (dp) [Entry date 08/17/00]

8/18/00    --     Intradistrict transfer to Southern District of Texas,
                  Brownsville Division. Mailed certified copy of transfer
                  order [5-1], current docket and originals of DE #1-#4 via
                  CM/RRR. (dp)
```