# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 26  2000

Michael N. Milby, Clerk of Court

HAROLD LOUIS TARVER         *

VS                          *     C.A. NO. B-00-132

WAYNE SCOTT, ET AL          *

## NOTICE OF DEFICIENT PLEADING

To correct the deficient pleading within 20 days of the date of this notice, the plaintiff must file one of the following: **Title your filing "Compliance."**

____ The <u>complete</u> names of all defendants, or as much of the names as are known, and any identifying information (such as gender, race, approximate age), and a complete address for each.

____ ____ Copies of the complaint.

____ A filing fee of **$5.00** for habeas corpus petitions or a fully complete application for leave to proceed *in forma pauperis*. (28 U.S.C. § 1914-15)

✓ A filing fee of **$150.00** for actions filed under 42 U.S.C. § 1983 or a fully complete application for leave to proceed *in forma pauperis*.

✓ Submit a certified copy of the trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which you are or were confined.

____ Other: _____
_____
_____

**If the plaintiff fails to comply on time, the Court may dismiss this case for want of prosecution. Fed.R.Civ.P.41(b).**

Dated: September 26, 2000 at Brownsville, Texas.

MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT

BY: *L. M. Villarreal*

Deputy Clerk