7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 0 5 2001
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JAN 0 9 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HAROLD LOUIS TARVER | * | |
| VS | * | CIVIL ACTION NO. B-00-132 |
| WAYNE SCOTT, ET AL | * | |

# NOTICE

The Court hereby gives **NOTICE** to HAROLD LOUIS TARVER, Plaintiff, that this Court will submit a report and recommendation to the United States District Court on February 5, 2001, recommending that this civil action be dismissed on grounds that Plaintiff has failed to respond to this Court's Notice of Deficient Pleading filed on September 26, 2000, and received by Plaintiff on September 29, 2000, and for lack of prosecution.

DONE at Brownsville, Texas, this 5th day of January 2001.

_____
Felix Recio
United States Magistrate Judge