UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HAROLD LOUIS TARVER | § § § § § | |
| v. | § | C.A. NO. B-00-132 |
| WAYNE SCOTT, ET AL. | § § § § § | |

**MAGISTRATE'S REPORT AND RECOMMENDATION**

This Court should dismiss Petitioner Tarver's § 1983 cause of action for want of prosecution. Although seven months have passed since Petitioner first filed this lawsuit, Petitioner has yet to pay his filing fee or file the appropriate in forma pauperis forms. Despite receiving two "Notices of Deficient Pleadings," Petitioner has failed to respond or otherwise pursue his lawsuit.[1] Accordingly, because Petitioner was notified in January that further non-responsiveness would result in a dismissal of his suit on February 5, 2001, it is now recommended that this Court Dismiss Petitioner's suit without prejudice.[2]

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court,

---

[1] See Pleading No.'s 3 & 6.

[2] See Pleading No. 7.

provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Automobile Association*, 79 F.3d 1415 (5th Cir.1996).

DONE in Brownsville, Texas this 26th day of February, 2001.

_____
Felix Recio
United States Magistrate Judge