UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HAROLD LOUIS TARVER | § § § § | |
| v. | § | C.A. NO. B-00-132 |
| WAYNE SCOTT, ET AL. | § § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Petitioner Tarver's § 1983 Cause of Action (Pleading No. 1) is hereby DISMISSED WITHOUT PREJUDICE.

DONE in Brownsville, Texas this 2nd day of April, 2001.

Hilda Tagle
United States District Judge